In an action to recover damages for personal injuries, the plaintiff Hyo Eun Kwak appeals from an order of the Supreme Court, Queens County (Lane, J.), entered December 18, 2015, which granted the defendants’ motion for summary judgment dismissing the complaint insofar as asserted by her on the ground that she did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident.
 

 Ordered that the appeal is dismissed, without costs or disbursements.
 

 The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of a judgment in the action on April 25, 2016 (see Matter of Aho, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the judgment (Min Kyu Jun v Azam, 154 AD3d 671 [2017] [decided herewith]; see CPLR 5501 [a] [1]; Matter of Aho, 39 NY2d at 248).
 

 Rivera, J.R, Austin, Roman, Hinds-Radix and Connolly, JJ., concur.